The People of the State of New York, Respondent, v. Abraham Westovsky, Appellant.— Judgment convicting defendant of the misdemeanor of violation of Trade Mark Law (Penal Law, § 2354) unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of Frank J. Erard, Jr., Petitioner, for a Certiorari Order against Honorable Frederic Kernochan, Chief Justice of Special Sessions of the City of New York, and Others, Respondents.— Order of certiorari to review the determination of the board of justices of the Court of Special Sessions of the City of New York, in dismissing petitioner from the position which he held as Court Attendant of the Court of Special Sessions, in the Borough of Manhattan in the City of New York, unanimously dismissed and determination of the respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of David Mayberg, Appellant, for an Order of Certiorari against Harris H. Murdock, Chairman, and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents. The Bronx Savings Bank, Intervenor-Respondent.— Order denying petitioner's motion to reverse the determination of the board of standards and appeals of the city of New York, made on September 15, 1935, and dismissing the proceeding, unanimously reversed, without costs, the order of certiorari sustained, and the determination of the board of standards and appeals annulled, on the authority of *Matter of Young Women's Hebrew Association* v. *Board of Standards and Appeals* (266 N. Y. 270) and *Matter of Levy* v. *Board of Standards and Appeals* (267 id. 347). Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Wladimir Rybka, Appellant, v. Turner Construction Company, Respondent.— Action for breach of contract. Judgment dismissing the complaint at the close of the entire case, after trial at Trial Term, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Florence Richmond, an Infant, by Richard Richmond, Her Guardian ad Litem, and Richard Richmond, Respondents, v. Benjamin Krasne and Others, Appellants, Impleaded with Others.— Action for personal injuries and for loss of services. Judgment entered on verdict unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, unless plaintiffs stipulate to reduce the judgment as entered in favor of the plaintiff Florence Richmond, an infant, by Richard Richmond, her guardian ad litem, to the sum of $8,691, and in favor of the plaintiff, Richard Richmond, to the sum of $1,500; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.